# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONNIE McGHEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 19-cv-677-DGW |
| ) | |
| COMMISSIONER of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson (Doc. 21), this action is dismissed with prejudice.

DATED: February 27, 2020

**MARGARET M. ROBERTIE**
**Clerk of Court**

BY:   **s//Angie Vehlewald**
**Deputy Clerk**

**Approved:**
**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**U.S. Magistrate Judge**